

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2021

No. 04-19-00889-CR

Cameron Antoine **ROBY**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6809
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on March 19, 2020. On July 31, 2020, we abated this case for an abandonment hearing. On August 27, 2020, we reinstated this case after the trial court had appointed new appellate counsel. On October 5, 2020, we received notice that newly appointed counsel had died; consequently, the trial court appointed another counsel, Patrick Ballantyne, to represent appellant. On October 18, 2020, Mr. Ballantyne requested a sixty-day extension of time to review the record and file a brief. We granted the request and ordered appellant's brief due on December 4, 2020. When the brief was not filed, we ordered appellant to file a response explaining his failure to timely file the brief and what steps were being taken to remedy the deficiency. On December 18, 2020, appellant responded with a second request to extend the time to file appellant's brief. We granted appellant's request and ordered appellant to file his brief on January 15, 2021. On January 26, 2021, appellant filed a motion requesting a third extension of time to file his brief. We granted the request and ordered appellant to file his brief by February 16, 2021.

To date, appellant's brief has not been filed. Therefore, appellant's attorney, Mr. Ballantyne, is ORDERED to respond to this court in writing by **March 10, 2021**. The response should state a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. If Mr. Ballantyne fails to file an adequate response, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate. TEX. R. APP. P. 38.8(b)(2).

_____
Rebeca C. Martinez, Chief Justice

        IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court